```
 1  LAWRENCE G. BROWN
    Acting United States Attorney
 2  SHEILA K. OBERTO
    Assistant U.S. Attorney
 3  4401 Federal Building
    2500 Tulare Street
 4  Fresno, California 93721
    Telephone: (559) 497-4000
 5
 6
 7           IN THE UNITED STATES DISTRICT COURT FOR THE
 8                 EASTERN DISTRICT OF CALIFORNIA
 9
10  UNITED STATES OF AMERICA,    ) CASE NO. 1:02CR5205 AWI
                                 )
11          Plaintiff,            ) MOTION AND ORDER FOR
                                 ) DISMISSAL OF INDICTMENT
12      v.                        )
                                 )
13  LUCIA TORRES,                 )
                                 )
14          Defendant.            )
                                 )
15  _____)
16
17      The United States Attorney's Office, pursuant to Rule 48(a)
18  of the Federal Rules of Criminal Procedure, hereby moves to
19  dismiss the indictment, against LUCIA TORRES, in the interest of
20  justice and without prejudice.
    DATED: February 23, 2009          Respectfully submitted,
21
                                      LAWRENCE G. BROWN
22                                    Acting United States Attorney
23
                                  By   /s/ Sheila K. Oberto
24                                    SHEILA K. OBERTO
                                      Assistant U.S. Attorney
25
26
27
28

                                 1
```

LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>　　　　Plaintiff,<br><br>　　v.<br><br>LUCIA TORRES,<br><br>　　　　Defendant. | CASE NO.1:02CR5205 AWI<br><br>ORDER FOR<br>DISMISSAL OF INDICTMENT |

IT IS HEREBY ORDERED, that the Indictment against LUCIA TORRES, be dismissed in the interest of justice and without prejudice.


IT IS SO ORDERED.

**Dated:   February 23, 2009**          **/s/ Anthony W. Ishii**
　　　　　　　　　　　　　　　　　　CHIEF UNITED STATES DISTRICT JUDGE

2