```
LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000
```

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>        Plaintiff,<br><br>   v.<br><br>LUCIA TORRES,<br><br>        Defendant. | CASE NO. 1:02CR5205 AWI<br><br>MOTION AND ORDER FOR<br>DISMISSAL OF INDICTMENT |

The United States Attorney's Office, pursuant to Rule 48(a) of the Federal Rules of Criminal Procedure, hereby moves to dismiss the indictment, against LUCIA TORRES, in the interest of justice and without prejudice.

```
DATED: February 23, 2009             Respectfully submitted,

                                     LAWRENCE G. BROWN
                                     Acting United States Attorney


                                     By   /s/ Sheila K. Oberto
                                         SHEILA K. OBERTO
                                         Assistant U.S. Attorney
```

1

LAWRENCE G. BROWN
Acting United States Attorney
SHEILA K. OBERTO
Assistant U.S. Attorney
4401 Federal Building
2500 Tulare Street
Fresno, California 93721
Telephone: (559) 497-4000

IN THE UNITED STATES DISTRICT COURT FOR THE

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | CASE NO.1:02CR5205 AWI |
| Plaintiff, ) | ORDER FOR DISMISSAL OF INDICTMENT |
| v. ) | |
| LUCIA TORRES, ) | |
| Defendant. ) | |

IT IS HEREBY ORDERED, that the Indictment against LUCIA TORRES, be dismissed in the interest of justice and without prejudice.

IT IS SO ORDERED.

Dated:   February 23, 2009            /s/ Anthony W. Ishii
                              CHIEF UNITED STATES DISTRICT JUDGE